Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAITH PONCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HISMILE PTY LTD.,<br><br>*Defendant*. | Case No. 2:24-cv-01496-MCS-CSS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Faith Ponce, dismisses, with prejudice, all claims against Defendant Hismile Pty Ltd.

Dated: October 25, 2024

Respectfully submitted,

By: */s/ Christin Cho*

Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069